IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CLARENCE ANDERSON III,      )
                            )
     Petitioner,            )
                            )      CIVIL ACTION NO.
     v.                     )       2:23cv204-MHT
                            )          (WO)
HONORABLE FRANK KENDALL,    )
Secretary, et al.,          )
                            )
     Respondents.           )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 24) is adopted.

(2) The motion to dismiss (Doc. 16) is granted.

(3) Pursuant to Rule 21 of the Federal Rules of Civil Procedure, the following respondents are dismissed from this action: (a) Lieutenant General Charles L. Plummer, Judge Advocate General of the United States Air Force; (b) Lieutenant General Mark C.

Nowland, Deputy Chief of Staff for Operations, Plans, and Requirements United States Air Force; and (c) Brian L. Mizer, Senior Appellate Defense Attorney.

(4) The 28 U.S.C. § 1361 petition (Doc. 1) is dismissed with prejudice.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of March, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE